AARON D. FORD
Attorney General
JEFFREY M. CONNER (Bar No. 11543)
Chief Deputy Solicitor General
Office of the Attorney General
100 North Carson Street
Carson City, Nevada 89701-4717
Tele: (775) 684-1100
Fax: (775) 684-1108
Email: jconner@ag.nv.gov

Daniel R. Brady (Bar No. 15508)
Deputy Solicitor General
State of Nevada
Office of the Attorney General
1 State of Nevada Way, Ste. 100
Las Vegas, Nevada 89119
(702) 486-3420 (phone)
(702) 486-3768 (fax)
Email: drbrady@ag.nv.gov

*Attorneys for Defendant*
*Aaron D. Ford*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

NICHOLAS DONDERO

Plaintiffs,

vs.

MICHAEL SHERLOCK, in his individual capacity; and AARON D. FORD, Attorney General of the State of Nevada, in his official capacity,

Defendants.

Case No. 2:26-cv-02160-JAD-BNW

**STIPULATION EXTENDING TIME TO FILE REPLY IN SUPPORT OF DEFENDANTS' JOINT MOTION TO STAY DISCOVERY PENDING RESOLUTION OF DISPOSITIVE MOTIONS (FIRST REQUEST)**

Plaintiff Nicholas Dondero, by and through his counsel of record, and Defendants Michale Sherlock, by and through his counsel of record, and Attorney General Aaron D. Ford, by and through his counsel of record, hereby stipulate and agree to the following:

1. On August 21, 2026, Defendants Sherlock and Attorney General Ford filed their Joint Motion to Stay Discovery Pending Resolution of Dispositive Motions, which

sought to stay discovery pending the resolution of the Defendants' motions to dismiss. ECF No. 17 at 2.

2. Dondero filed his Opposition to Defendants' Motion to Stay Discovery Pending Resolution of the Motions to Dismiss (ECF No. 17), on August 26, 2026. ECF No. 18. Thus, Defendants' Joint Reply is due on September 2, 2026. *See* LR 7-2(b).

3. The Parties have agreed to extend the due date for Defendants' Joint Reply by one week to September 9, 2026.

4. Good cause exists to extend the deadline to file the reply by one week to September 9, 2026. Several attorneys have recently left the Office of the Attorney General, including the Chief Deputy Solicitor General—Litigation. As such, attorneys for Defendants have had to assist in taking over other cases. Further, counsel for Attorney General Ford is currently preparing for oral argument in the Nevada Supreme Court on September 3, 2026.

5. In light of Defendants' counsels' professional obligations, good cause exists for the brief extension of time to file Defendants' Joint Reply to September 9, 2026.

Dated this 1st day of September, 2026.

AARON D. FORD
Attorney General

*/s/Daniel R. Brady*
Jeffrey M. Conner (Bar No. 11543)
Chief Deputy Solicitor General
Office of the Attorney General
100 N. Carson Street
Carson City, NV 89701

Daniel R. Brady (Bar No. 15508)
Deputy Solicitor General
Office of the Attorney General
1 State of Nevada Way, Ste. 100
Las Vegas, NV 89119

*Attorneys for Defendants Aaron D. Ford*

LUKE ANDRE BUSBY, LTD.

*/s/Luke Busby*
Luke Busby (Bar No. 10319)
316 California Avenue
Reno, NV 89509

*Attorney for Plaintiff Nicholas Dondero*

AARON D. FORD
Attorney General

*/s/Jesselyn V. De Luna*
Jesselyn V. De Luna (Bar No. 15031)
Deputy Attorney General
Office of the Attorney General
1 State of Nevada Way, Ste. 100
Las Vegas, NV 89119

John M. Nolan (Bar No. 15790)
Deputy Attorney General
Office of the Attorney General
555 Wright Way
Carson City, Nevada 89711
Las Vegas, NV 89119

*Attorneys for Defendant Michael Sherlock*

**ORDER**

IT IS SO ORDERED.

DATED: September 2, 2026

UNITED STATES MAGISTRATE JUDGE